UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:09-cr-427-T-23MAP

WILMAR CASTRO-HURTADO
_____/

**ORDER**

The defendant moves (Doc. 20) "for an order dismissing" the $200.00 assessment imposed at his February 2, 2010, sentencing "because he is extraordinarily poor and indigent." The defendant relies on 18 U.S.C. § 3614(c), which governs only a fine or restitution. A special assessment is neither a fine nor restitution, and Section 3614(c) is inapplicable. Further Section 3614(c) prohibits imprisonment based solely upon a defendant's inability due to indigency to pay a fine or restitution. The defendant is incarcerated based on a felony conviction and his imprisonment is in no respect due to non-payment of a fine or restitution. Again, Section 3614(c) is inapplicable.

Imposed under 18 U.S.C. § 3013, the special assessment is mandatory, regardless of ability to pay. The motion is **DENIED**.

ORDERED in Tampa, Florida, on June 14, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE